| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | ANN MARIE E. URSINI (CABN 269131)<br>Special Assistant United States Attorney |
| 5 |    150 South Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 6 |    Telephone: (408) 535-5037<br>Facsimile: (408) 535-5066 |
| 7 |    annmarie.ursini@usdoj.gov |
| 8 | Attorneys for the United States |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 04-20135-RMW |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [] |
| | ) | ORDER CONTINUING HEARING TO |
| v. | ) | July 30, 2012 |
| | ) | |
| JUAN ALEJO-ALEJO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties, acting through respective counsel, hereby stipulate, subject to the Court's approval, that the hearing currently set for Monday, July 16, 2012 at 9:00am be vacated, and that the hearing be re-set for July 30, 2012 at ;⊲20''am.  Government counsel will be out of state to attend a family event.  No time exclusion order is necessary.

DATED: July 10, 2012               MELINDA HAAG
                                          United States Attorney

                                          ___/s/_____
                                          ANN MARIE E. URSINI
                                          Special Assistant United States Attorney

                                          ___/s/_____
                                          VARELL FULLER
                                          Attorney for Defendant

1
2  **[] ORDER**
3       Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
4  ORDERS that the hearing in this matter previously set for July 16, 2012 at 9:00am is vacated,
5  and the matter is continued to July 30, 2012 at ; :00"am.
6  IT IS SO ORDERED.
7  DATED: Ï ƉĤƉG                              _____
                                              *Ronald M. Whyte*
8                                             RONALD M. WHYTE
                                              UNITED STATES DISTRICT JUDGE

2